ERNEST Godfrey Logan JR (Full Name)

#74102# (Address Line 1)

265.S. WESTERN AVE (Address Line 2)

LoS Angeles, CA, 90004 (Phone Number)

Plaintiff in Pro Per

FILED

JUL 07 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ERNEST Godfrey Logan JR,

Plaintiff,

vs.

MOBILE GAS STATION
3950 W. King Blvd.
L.A. CA. 90008

Defendant(s).

Case No.: 2:25CV 1906 DJC SCR (PS)
(To be supplied by the Clerk)

Civil Rights Complaint Pursuant to
42 U.S.C. § 1983 (non-prisoners)

Jury Trial Demanded: ☒ Yes ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1.     This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2.     Venue is proper pursuant to 28 U.S.C. § 1391 because County _____

_____

_____

Pro Se Clinic Form

*Page Number*

## III. PARTIES

3. Plaintiff ERNEST Godfrey LogAn JR. resides at:
(your full name)
265 S. WESTERN AvE L.A. CA. 90004
SviTE # 74/02
(your address)

(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

4. Defendant mobiLE GAS STATion CASHIER works at
(full name of Defendant)
3950 w King Blvd. L.A. CA. 900 ,
(Defendant's place of work)

Defendant's title or position is MS. LUPE
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: _____

_____

_____

5. Defendant MS. LiTzy works at
(full name of Defendant)
3950 w. King Blvd. L.A. CA. 900 ,
(Defendant's place of work)

Defendant's title or position is mobile gAS sTATion CASHiER
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity & mS. LiBRARian & GloRiA

This Defendant was acting under color of law because: mS. ZEHiLy
BETHUNE LiBRARY 39stL.A. CA. 90037

SToLE FEdERAl CouRT DOCUments & pHoto IdentificAtion
MisConduct
LIBRARY

Pro Se Clinic Form                    Page Number

. Defendant TERRY L. LEWIS works at
Insert ¶ # (full name of Defendant)
100 W. 1st Los Angeles. CA. 90012
(Defendant's place of work)
Defendant's title or position is CHIEF-OFFICER SOUTHWEST L.A.P.D.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):
☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because DUE TO CONSPIRACY OF PAST LEGAL LAW SUITS DISCRIMINATION.

. Defendant MICHEAL R. MOORE works at
Insert ¶ # (full name of Defendant)
100 W. 1st Los Angeles, LA, 90012
(Defendant's place of work)
Defendant's title or position is CHIEF-OFFICER SOUTHWEST L.A.P.D.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):
☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because DUE TO OFFICERS IN SOUTHWEST STATION L.A.P.D. REFUSE TO GIVE THERE NAME. (SAME AS ABOVE).

Pro Se Clinic Form                    Page Number

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

on 5.30.2025 AT 6:30 AM I Plaintiff wEnT TO (VALERO gAs STATion) 3950 w. King Blvd. L.A. CA. 90008 TO Buy CiggARETTs BugLER PAPERs.

THE STORE Hispanics cHARgEd douBlE THE PRICE 75 ¢ENT PAPERS CHARgEd $1.50 1 dollaR & fiftY cENTs. I sAid oK:

Upon WAlKing ouT of gAs STATion A mALE oR womAn Hispanic, wiTH dusT PAN & BRoom STicKs BumpEd side To Side of dooR wAy wiTH mE. & STolE my CEll pHonE #213/589 1831 $$100 HundREd dollARs ouT of my JACKET PocKET. my cEll pHonE 213/589-1831 HAs 22. millioN DollARs AccouNT on iT CAsino gAmbling on LinE @ CyBERnAuTicA.CZ BLACKJACK CyBERnAuTicA-CAsino. Com E.mAil ERnEsT G LogAn JR 7@gml.Com. mAY-30.2025. THis gAs STATion InsTAnTly cHAngEd THERE nAmE fRom (VALERO) TO moBilE gAs STATion. PlEASE CoRREcT THis CoRRupTEd THEFT Ring ORgAnizATioN, ETC.

## VI. REQUEST FOR RELIEF

WHEREFORE. the Plaintiff requests:

. Twenty-Two- million dollars due to LOTTERY SCAM (in PAST) of STOLEN JACKPOT winnings, TICKETS LOTTERY SCAM: plus THE Twenty-Two-million dollars on CEll pHone WALLET STOLEN.

. EmAil ERNESTGLogAnJR7@gmil.Com

CASINO. ACCounT online gAmbling (BlAck JAck) CYBERNAUTICA CASino.Com. DUE TO BUENOS Noches RACIAL MOVEMENT I do not AGREE, with. (5-30-2025) DATE.

. PlAintiFF Also REQuEST All gAs STATion mobile BE RE-POSSESSED. Confiscated BAck To TRUtHfuL LEGAl OWNER/ PlAinTiFF

ERNEST GodfREy LogAn JR.

. PlEASE dUE BAck ground cHECk, ID-A7230900

plEASE cHECk LoTTERY JACKpoT winning Tickets with THIS TRUEfuL OWnERS NAME, BAckground. THAnkYou

Dated: MAY 30. 2025

Sign: Ernest Godfrey Logan Jr

Print Name: ERNEST GodffRey LogAn JR.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _January -22-2025_

Sign: _Ernest Godfrey Logan jr_

Print Name: ERNEST Godfrey LogAn JR

This incident has been reported to the
Los Angeles Police Department
and is pending approval

Los Angeles Police Department
100 West 1st Street Room
Los Angeles, CA 90012
877-275-5273

**General Information**

| | |
|---|---|
| Incident Type | Theft |
| Tracking Number | 250530900054 |
| Report Date | 05/30/2025 09:00 AM |

**Reporting Person Information**

| | |
|---|---|
| Name | Logan, Ernest |
| Home Address | 265 South Western Avenue, LOS ANGELES, CA 90004, US |
| Primary Phone | 213-589-1831 |
| Email | ernestgloganjr7@gmail.com |
| Work Phone | X |
| Race | Black |
| Gender | Male |
| Date of Birth | 10/21/1968 |
| Driver License No | A7230900 |
| Licensing State | CA |
| Age | 56 |
| Height | 509 |
| Weight | 180 |
| Eye Color | Brown |
| Hair Color | Black |

*[handwritten: @ Cybernautica, Casino.com gmail on Line gambling Black Jack $22,000,000.00 credits.]*

**Incident Information**

| | |
|---|---|
| Incident Location | 3950 West MARTIN LUTHER KING JR Boulevard, LOS ANGELES, CA 90008 |
| Enter the actual date/time your property was stolen. If unknown, enter the last time you know you had your property. | 05/30/2025 06:30 AM |
| Enter the actual date/time your property was stolen. If unknown, enter the time you discovered your property was stolen. | 05/30/2025 08:45 AM |
| Location Type | Parking Lot / Garage / Drop Lot |

**Property Information**

No 1

| | |
|---|---|
| Type | US Currency |
| Brand | UNITED STATES |
| How Many | 1 |
| Value of Each Item ($) | 100.00 |
| Property Description | 100 Bill of U.S. Currency |

No 2

| | |
|---|---|
| Type | Cellular Phone |
| Brand | Cloud |
| Model | C-38 |
| Color | Gray |
| How Many | 1 |
| Value of Each Item ($) | 100.00 |
| Property Description | Gray Cloud smart phone |

*[handwritten: incident Report]*

**Narrative**

Incident Description

On 05/30/2025 at approximately 0630 hours, I went to the Mobil Gas Station to buy some tobacco paper. When walked out the store i discovered my phone and U.S. Currency was missing. When i was walking out I observed a Male Hispanic walk in with a broomstick and a dustpan. I didn't see him take it, but I assume it was him. I looked around for my property in the area and was not able to find it.

You will be notified via email of any problems with your report. Once your report is approved, it will be issued a case number and you will receive a PDF copy as an attachment in your email within approximately five business days.

Print This Report

*[handwritten: "chief officers" micheal .R. Moore TERRY L. LEWIS (SOUTH WEST L.A.P.D. MAY-30-2025 9:00 Am]*



# Social Security Administration
# Benefit Verification Letter

Date: April 11, 2025
BNC#: 25HJ345F42158
REF: DI

ERNEST G LOGAN
2415 W 6TH ST
LOS ANGELES CA  90057-3123

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Supplemental Security Income Payments**

Beginning April 2025, the current Supplemental Security Income payment is $1,335.81.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

We found that you became disabled under our rules on February 14, 2022.

**Type of Supplemental Security Income Payment Information**

You are entitled to monthly payments as a disabled individual.

**Date of Birth Information**

The date of birth shown on our records is October 21, 1968.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page

Case: 2:24cv10590 Doc: 7

DATE 6-2-2025

Ernest Godfrey Logan
SIGNATURE Thornsbottom

(SSI) office
1401 W 8th STREET
L.A. CA. 90017.4374

in PERSON INTERVIEW STATES
only TEXAS, HAS YOUR money
(SSI DIRECT EXPRESS) California Cando nothing
PAYMENT

Ernest Godfrey Logan Jr.
265 S. Western Ave No. 74102
Los Angeles, CA 90004

PROCESSING
SERVICE

DEAR: (DIRECT EXPRESS)

Hello my NAME is Above underline & ADDRESS.
You people from (San Antonio-TEXAS) ARE SOME
REAL stinking ASS PEOPLE. YOU sent ME A LETTER
12/24/2024. (BAR Code # 002708 (NAME:
ERNEST G. logan
YOUR (SAN ANTONIO, TEXAS) office STOLE my
(SUPPLEMENTAL SECURITY Income) of $1,300 ETC
THIRTEEN HUNDRED dollars EVERY month of (JAN 2025) -
FEBUARY. 2025) (MARCH 2025 (APRIL 2025) (MAY 2025 (JUNE 2025).
TOTAL off EIGHT-THousand-dollars ETC. ) $8.000°° over #
on (MAY - 20 - 2025) To (MAY 30. 2025) in between THIS 10 day period
I WAS (Robbed) by mexican/Latin/Hispanics) of All Social SECURITY
PAPER WORK from SSI office (CRENSHAW PLAZA SHopping MALL
(CRENSHAW wells-fargo MALL ) STOLE my (DIRECT EXPRESS) Triple Yes
All Body
(BLACK SPANISH LATIN ) (Buenos Noches ) MOVEMENT CARD (November 22'
by wells-fargo (A.T.M.) Dummy MACHINE.) A.T.M. Dummy Close
Wells I filed A COURT FEDERAL LAW SUIT on THAT BRANCH BAN
wells-fargo REFUSE To PAY COURT FEES CORRECT money order for COURTS in
In THERE BANK TREASURY DEPT. Maker Correct

Case: 2:24cv10583   Doc: 7

Ernest Godfrey Logan Jr.
265 S. Western Ave No. 74102
Los Angeles, CA 90004





## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | JUNE-02-2025 |

NAME OF SERVER (PRINT) ERNEST Godfrey LOGAN SR   TITLE ("PLAINTIff " Civic COURT Complaint)

*Check one box below to indicate appropriate method of service*

TO: UNITED STATES COURTHOUSE
411. W. fOURTH STREET
SANTA ANA, CA, 92701-4516

[X] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left:_____

[ ] Returned unexecuted:_____

[ ] Other (specify) :_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___JUNE-02-2025___
Date

Signature of Server *Ernest Godfrey Logan jr*

265. S. WESTERn AVE #74102#
Address of Server
LOS AngeLes, CA, 90004

ERnEST GodfREY LOGAN SR

STOLEN COURT
RECORDS
JUNE, 02 2025
POSTAL WORKER-
BLACK DISCRIMINATION
COURT PAPER WORK missin
RE-Sending to DIFFERENT DISTRICT
COURT
July-02-2025

*Ernest Godfrey Logan j*
Signature